```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**JAMES STILLWAGON,**

      Plaintiff,

v.                                Civil Action No. 2:19-cv-00764

**GOLDMAN SACHS BANK USA,**
**dba MARCUS BY GOLDMAN SACHS,**

      Defendant.

## MEMORANDUM OPINION AND ORDER

Pending is the defendant's motion to compel arbitration, filed on January 8, 2020. Pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16, and Rule 12(b) of the Federal Rules of Civil Procedure, the defendant moves for an order dismissing the action in favor of an arbitration proceeding, or, in the alternative, staying the action pending the completion of an arbitration proceeding. The plaintiff filed a response on January 22, 2020 in which he does not oppose the defendant's motion and agrees to commence arbitration.

Accordingly, it is ORDERED that the motion to compel arbitration be, and it hereby is, granted, and this case is ORDERED dismissed without prejudice.

The Clerk is directed to transmit copies of this order to all counsel of record and to any unrepresented parties.

ENTER: January 31, 2020

_____
John T. Copenhaver, Jr.
Senior United States District Judge